1

2

3

4

5

6

7

8                     **IN THE UNITED STATES DISTRICT COURT**

9                     **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    LaDERRICK DAVID SUTTON,                    No.  2:24-CV-2755-DMC-P

12              Plaintiff,

13         v.                                     <u>ORDER</u>

14    D. THOMAS, et al.,

15              Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the Court is Plaintiff's first amended complaint.  <u>See</u> ECF No.

19    10.

20          On January 23, 2025, the Court screened Plaintiff's original complaint and

21    determined that Plaintiff stated potentially cognizable claims against Defendants Thomas,

22    Crozier, and Soriano-Figueroa.  <u>See</u> ECF No. 9, pg. 3.  The Court determined that the complaint

23    failed to state a claim against the remaining named defendants – Tovar and Jimenez.  <u>See</u> <u>id.</u> at 3-

24    4.  Plaintiff was provided an opportunity to file a first amended complaint to cure the defects

25    identified by the Court as to Defendants Tovar and Jimenez.  <u>See</u> <u>id.</u> at 4-5.  Plaintiff filed his first

26    amended complaint on February 18, 2025.  <u>See</u> ECF No. 10.  This document, however, is not

27    submitted on the Court's form complaint and is not complete in that Plaintiff has not included the

28    jurisdictional allegations previously alleged in the original complaint, or identified the individuals

1

being sued.  Plaintiff will be provided a further opportunity to amend consistent with the Court's

January 23, 2025, order.  Plaintiff is cautioned that, if no second amended complaint is filed

within the time permitted therefor, the action will proceed on the original complaint as against

Defendants Thomas, Crozier, and Soriano-Figueroa and the Court will recommend dismissal of

Defendants Tovar and Jimenez.

                Accordingly, IT IS HEREBY ORDERED as follows:

        1.     Plaintiff's first amended complaint, ECF No. 10, is dismissed with leave to amend.

        2.     Plaintiff may file a second amended complaint consistent with the Court's January 23, 2025, order within 30 days of the date of this order.

        3.     The Clerk of the Court is directed to forward to Plaintiff a copy of the Court's January 23, 2025, order as well as a copy of the Court's form complaint for prisoners in a civil rights action.

Dated:  October 8, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2