IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaDERRICK DAVID SUTTON, | No.  2:24-CV-2755-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| D. THOMAS, et al., | and |
| Defendants. | FINDINGS AND RECOMMENDATIONS |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's original complaint, ECF No. 1.

The Court previously screened Plaintiff's complaint, ECF No. 9, and determined as follows:

> The Court finds that Plaintiff's complaint states potentially cognizable claims against Defendants Thomas, Crozier, and Soriano-Figueroa for excessive force in violation of the Eighth Amendment. As discussed below, however, the Court finds that Plaintiff has failed to allege facts establishing a causal link between any other named defendant and a constitutional violation.
>
> ECF No. 9.

/ / /

/ / /

/ / /

1

Plaintiff was provided an opportunity to file a first amended complaint to cure the defects identified by the Court, and advised that, if no amended complaint was filed within the time provided therefor, the action would proceed on the original complaint as against Defendants Thomas, Crozier, and Soriano-Figueroa and that the Court would recommend dismissal of all other claims and defendants. See id. Plaintiff then filed a first amended complaint. See ECF No. 10. The Court dismissed the amended pleading with further leave to amend because it was not submitted on the Court's form complaint, was not complete, failed to include jurisdictional allegations, or identify the individuals being sued. See ECF No. 12. Plaintiff was again provided leave to amend with the same admonition. See id. To date, the time provided to file an amended complaint has expired and Plaintiff has not filed an amended complaint. The Court will recommend dismissal of all other claims and defendants except Plaintiff's excessive force claims against Defendants Thomas, Crozier, and Soriano-Figueroa. By separate order, the Court has directed service of the original complaint on these defendants.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Based on the foregoing, the undersigned orders and recommends as follows:

1.      It is ORDERED that the Clerk of the Court is directed to randomly assign a District Judge to this case.

2.      It is RECOMMENDED that this action proceed on Plaintiff's original complaint as to his Eighth Amendment excessive force claims against Defendants Thomas, Crozier, and Soriano-Figueroa only.

3.      It is RECOMMENDED that all other claims and defendants be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court.  Responses to objections shall be filed within 14 days after service of objections. Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  February 3, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

3