IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaDERRICK DAVID SUTTON, | No.  2:24-cv-02755-DC-DMC (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| D. THOMAS, et al., | |
| Defendants. | (ECF No. 14) |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

On February 5, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed, and the time in which to do so has passed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1.     The findings and recommendations filed February 5, 2026, ECF No. 14, are ADOPTED;

1

2.      This action proceeds on Plaintiff's original complaint as to his Eighth Amendment excessive force claims against Defendants Thomas, Crozier, and Soriano-Figueroa only;

3.      All other claims and defendants are dismissed;

4.      The Clerk of the Court is directed to terminate D. Tovar and C. Jimenez as defendants in this action; and

5.      The matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **April 30, 2026**

Dena Coggins
United States District Judge

2